Fred P. CONE et al., Appellants, v. Lawrence W. RITTENOURE et al., Appellees.

SAME v. A. B. OTTINGER et al., Appellees.

Nos. 9418, 9478.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1940.

J. Compton French, of Tallahassee, Fla., for appellants.

Robert J. Pleus, of Orlando, Fla., Harry L. Thompson, of Clearwater, Fla., and Earl D. Farr, of Punta Gorda, Fla., for appellees.

Before SIBLEY, HOLMES, and Mc-CORD, Circuit Judges.

HOLMES, Circuit Judge.

The questions in both of these cases are the same as those decided by this court in the two cases of Rittenoure v. Charlotte County, and Cone v. Rittenoure, 5 Cir., 109 F.2d 476, Feb. 3, 1940.

We find nothing in the recent decisions of the Supreme Court of Florida contrary to said decision. Upon the authority thereof, that portion of the judgment appealed from in each case is reversed, and the cause remanded for further proceedings not inconsistent with our said decision of Feb. 3, 1940, 109 F.2d 476, supra.

Samuel CROWTHER, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.

No. 15.

Circuit Court of Appeals, Second Circuit.

May 27, 1940.

Charles D. Hamel, John Enrietto, and C. F. Rothenburg, all of Washington, D. C. (Hamel, Park & Saunders, of Washington, D. C., of counsel), for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key and Howard P. Locke, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, CHASE, and PAT-TERSON, Circuit Judges.

PER CURIAM.

Order affirmed on opinion of Hon. E. H. Van Fossan, of the Board of Tax Appeals.

Walter M. HORT, Petitioner, v. Guy T. HELVERING, Com'r of Internal Revenue, Respondent.

No. 299.

Circuit Court of Appeals, Second Circuit.

May 27, 1940.

Edwin Hort, of New York City, for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, and Morton K. Rothschild, of Washington, D. C., Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, CHASE, and PAT-TERSON, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Warren Service Corp. v. Helvering, 2 Cir., 110 F.2d 723.